IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ROBERT HIGGINBOTHAM**                                                                                      **PLAINTIFF**

**V.**                              **CASE NO. 5:21-CV-5111**

**UNITED STATES GOVERNMENT**                                                      **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 8) ("R&R") filed in this case on August 23, 2021, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The R&R recommends dismissing the case pursuant to 28 U.S.C. § 1915(e)(2)(B)(i–ii) because the Complaint is frivolous and fails to state a claim upon which relief may be granted. On September 30, 2021, Plaintiff submitted hundreds of pages in support of his Objection (Doc. 11) to the R&R. The Objection and attachments are nonsensical. Accordingly, they are **OVERRULED**. The Court has reviewed the entire case *de novo* and agrees with the Magistrate Judge's reasoning in the R&R.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 8) is **ADOPTED IN ITS ENTIRETY**. For the reasons stated in the R&R, the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 5th day of October, 2021.

>   */s/ Timothy L. Brooks*
>   TIMOTHY L. BROOKS
>   UNITED STATES DISTRICT JUDGE